BENJAMIN B. WAGNER
United States Attorney
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:    (916) 554-2709
Facsimile:    (916) 554-2900

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**FILED**

SEP 1 3 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: )<br><br>)<br>)<br>)<br>FORD PICKUP TRUCK, BURGUNDY IN )<br>COLOR AND BEARING THE CALIFORNIA )<br>LICENSE PLATE 6H11396 )<br>)<br>)<br>)<br>)<br>_____ ) | CASE NO. 2:11-SW-00375-DAD<br><br>**ORDER CONCERNING GOVERNMENT'S EX PARTE MOTION TO UNSEAL SEARCH WARRANT, APPLICATION FOR SEARCH WARRANT, AND ACCOMPANYING AFFIDAVIT** |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant, application for search warrant, and

accompanying affidavits underlying the search warrant in the above-captioned proceeding be and are

hereby UNSEALED.

Date: Sept. 13, 2011

GREGORY G. HOLLOWS
GREGORY G. HOLLOWS
United States Magistrate Judge

Order Concerning Government's Ex Parte Motion to Unseal
Search Warrant, Application for Search Warrant, and
Accompanying Affidavit [*In the Matter of the Search of:  Ford
Pickup Truck, Burgundy*, 2:11-SW-375-DAD]